IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DEBBIE NELSON<br>Guardian ad Litem for<br>KN<br><br>Plaintiffs,<br><br>v.<br><br>DANIEL WILSON, individually, and as agent employee of the State of Delaware, and STATE OF DELAWARE DEPARTMENT OF SERVICES FOR CHILDREN, YOUTH, AND THEIR FAMILIES, DIVISION OF YOUTH REHABILITATIVE SERVICES,<br><br>Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§   C. A. No.<br>§<br>§<br>§<br>§   Jury Trial Demanded<br>§<br>§<br>§<br>§<br>§ |

**PRAECIPE**

TO:   Clerk of the Court
      U.S. District Court Delaware
      844 King Street
      Lockbox 18
      Wilmington, DE  19801

  **PLEASE ISSUE A SUMMONS** along with a copy of the Complaint, pursuant to 28 U.S.C §1331 &1343:

        Daniel Wilson
     Stevenson House Detention Center
      750 North DuPont Highway
       Milford, DE  19963

          /s/ Leo J. Boyle
         LEO J. BOYLE (Bar ID #1024)
         5197 W. Woodmill Drive, Suite 26
         Woodmill Corporate Center
         Wilmington, DE.  19808
         (302) 994-1300
         Attorney for Plaintiffs

Dated: June 18, 2008
Wp51/clients/Nelson/Pleadings/Praecipe

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

DEBBIE NELSON §
Guardian ad Litem for §
KN §
 §
　Plaintiffs, §
 §
v. §
 § C. A. No.
DANIEL WILSON, individually, and as §
agent employee of the State of Delaware, §
and STATE OF DELAWARE §
DEPARTMENT OF SERVICES FOR § Jury Trial Demanded
CHILDREN, YOUTH, AND THEIR §
FAMILIES, DIVISION OF YOUTH §
REHABILITATIVE SERVICES, §
 §
　Defendants. §

## PRAECIPE

TO:　Clerk of the Court
　　　U.S. District Court Delaware
　　　844 King Street
　　　Lockbox 18
　　　Wilmington, DE 19801

　　**PLEASE ISSUE A SUMMONS** along with a copy of the Complaint, pursuant to 10 Del. C. §3103:

　　Attorney General Joseph R. Biden, III
　　Department of Justice
　　Carvel State Office Building
　　820 North French Street
　　Wilmington, DE 19801

　　　　　　　　　　　　　　　　　　　　　　/s/ Leo J. Boyle
　　　　　　　　　　　　　　　　　　　　　　**LEO J. BOYLE** (Bar ID #1024)
　　　　　　　　　　　　　　　　　　　　　　5197 W. Woodmill Drive, Suite 26
　　　　　　　　　　　　　　　　　　　　　　Woodmill Corporate Center
　　　　　　　　　　　　　　　　　　　　　　Wilmington, DE 19808
　　　　　　　　　　　　　　　　　　　　　　(302) 994-1300
　　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiffs

Dated: June 19, 2008
Wp51/clients/Nelson/Pleadings/Praecipe