IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DEBBIE NELSON<br>Guardian ad Litem for KN<br>~~[redacted]~~<br><br>Plaintiffs,<br><br>v.<br><br>DANIEL WILSON, individually, and as agent employee of the State of Delaware, and STATE OF DELAWARE DEPARTMENT OF SERVICES FOR CHILDREN, YOUTH, AND THEIR FAMILIES, DIVISION OF YOUTH REHABILITATIVE SERVICES,<br><br>Defendants, | § § § § § § § § § § § § § § § § § | C. A. No. 08-369<br><br>Jury Trial Demanded |

### PETITION FOR APPOINTMENT OF GUARDIAN AD LITEM

1. Plaintiff, Debbie Nelson, have a cause of action on behalf of the plaintiff, ~~[redacted]~~ KN, in the above-captioned action.

2. Plaintiff, Debbie Nelson, requests the Court to appoint Plaintiff, Debbie Nelson, as Guardians Ad Litem for the Plaintiff, ~~[redacted]~~ KN.

3. The Affidavit of Leo J. Boyle is attached hereto.

*Debbie Nelson* (signature)
DEBBIE NELSON

*Leo J. Boyle* (signature)
LEO J. BOYLE, ESQUIRE
5197 W. Woodmill Drive, Suite 26
Woodmill Corporate Center
Wilmington, DE 19808
(302) 994-1300
Attorney for Plaintiffs

Dated: June 3, 2008
Wp51/clients/Nelson /Petiton for Guardian Ad Litem

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DEBBIE NELSON<br>Guardian ad Litem for KN,<br><br>    Plaintiffs,<br><br>    v.<br><br>DANIEL WILSON, individually, and as agent employee of the State of Delaware, and STATE OF DELAWARE DEPARTMENT OF SERVICES FOR CHILDREN, YOUTH, AND THEIR FAMILIES, DIVISION OF YOUTH REHABILITATIVE SERVICES,<br><br>    Defendants. | §§§§§§§§§§§§§§§§ | C. A. No.<br><br>Jury Trial Demanded |

## AFFIDAVIT

**STATE OF DELAWARE** )
                              ) SS.
**COUNTY OF NEW CASTLE** )

    I, Leo J. Boyle, counsel for the Plaintiffs in the above-captioned matter, being duly sworn, deposes and states that:

    1.    I have or will immediately file an action in this Court on behalf of the Plaintiffs against the above-named Defendant for injuries sustained by Plaintiff, KN, in a personal injury matter that occurred on July 7, 2007. Plaintiff was assaulted by an employee of the Stevenson House in Milford, Delaware.

    2.    Plaintiff, Debbie Nelson is the mother of Plaintiff, KN, a minor, and is the likely persons to act as Guardians Ad Litem for Plaintiff, KN.

    3.    I request the Court to enter an Order appointing Plaintiff, Debbie Nelson, as Guardians Ad Litem for Plaintiff, KN to pursue the above-captioned action.

										_____
										LEO J. BOYLE (BA-2ID/#1024)
										5197 W. Woodmill Drive, Suite 26
										Woodmill Corporate Center
										Wilmington, DE 19808
										(302) 994-1300
										Attorney for Plaintiffs

Date: 6/17/08

SWORN TO, SUBSCRIBED AND ACKNOWLEDGED before me, a Notary Public, for the State and County aforesaid, this 17 day of June, 2008.

_____
NOTARY PUBLIC

CYNTHIA L. STAFFORD
Notary Public - State of Delaware
My Comm. Expires March 17, 2011

Wp51/clientsNelson/Petition for Guardian Ad Litem

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DEBBIE NELSON<br>Guardian ad Litem for KN,<br><br>　　　Plaintiffs,<br><br>　　　v.<br><br>DANIEL WILSON, individually, and as agent employee of the State of Delaware, and STATE OF DELAWARE DEPARTMENT OF SERVICES FOR CHILDREN, YOUTH, AND THEIR FAMILIES, DIVISION OF YOUTH REHABILITATIVE SERVICES,<br><br>　　　Defendants. | §§§§§§§§§§§§§§§§<br><br>C. A. No.<br><br>Jury Trial Demanded |

## ORDER

**NOW, TO-WIT,** this _____ day of _____, 2008 on reading the attached Petition for Appointment of Guardian Ad Litem, it is hereby Ordered that Plaintiff, Debbie Nelson, is appointed as Guardians Ad Litem for Plaintiff, KN, for the purpose of bringing the above-stated action.

_____ J.

Wp51/clients/Nelson /Petition for Guardian Ad Litem