AO FORM 85 RECEIPT (REV. 9/04)

United States District Court for the District of Delaware

Civil Action No. _____ 3 6 9 _____

# ACKNOWLEDGMENT
# OF RECEIPT FOR AO FORM 85

## *NOTICE OF AVAILABILITY OF A*
## *UNITED STATES MAGISTRATE JUDGE*
## *TO EXERCISE JURISDICTION*

I HEREBY ACKNOWLEDGE RECEIPT OF ____3____ COPIES OF AO FORM 85.

_____     _____/s/ Leo J. Boyle_____
(Date forms issued)                    (Signature of Party or their Representative)

                                _____LEO J. BOYLE_____
                                (Printed name of Party or their Representative)

Note: Completed receipt will be filed in the Civil Action

Receipt — please sign & return to the Clerk's Office