IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

DEBBIE NELSON, Guardian ad Litem for §
KN §
§
Plaintiffs, §
§
v. §
§    Civil Acton No. __ 0 8 - 3 6 9 .6MS__
DANIEL WILSON, individually, and as §
agent employee of the State of Delaware, §
and STATE OF DELAWARE §
DEPARTMENT OF SERVICES FOR §    Jury Trial Demanded
CHILDREN, YOUTH, AND THEIR §
FAMILIES, DIVISION OF YOUTH §
REHABILITATIVE SERVICES, §
§
Defendants. §

Summons in a Civil Action

To:

Attorney General Joseph R. Biden, III
Department of Justice
Carvel State Office Building
820 North French Street
Wilmington, DE  19801

A lawsuit has been file against you.

Within 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff's attorney, who name and address are:

Leo J. Boyle
Attorney at Law
5197 W. Woodmill Drive, Suite 26
Woodmill Corporate Center
Wilmington, DE  19808-4067

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

PETER T. DALLEO
Name of clerk of court

Date: __6/20/08__

_brian K Blackwell_
Deputy clerk' signature

AO 440   (Rev. 8/01)   Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the summons & complaint was made by me[1] | DATE<br>7/1/2008 @ 11:30 a.m. |
| NAME OF SERVER *(PRINT)*<br>**Alan M. Schmidt** | TITLE<br>**Special Process Server** |

*Check one box below to indicate appropriate method of service*

[X]   Served personally upon the defendant by serving **Ophelia Waters, deputy attorney general, 820 North French Street, Wilmington, DE 19801**

**40, F, B, 5'7", 125 pounds, black hair, no glasses**

[]   Left copies thereof at the defendant's house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were

[]   Returned unexecuted:

[]   Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United State of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___**7/3/2008**___
                    Date

*Alan M. Schmidt*

**Alan M. Schmidt**

**O'ROURKE INVESTIGATIVE ASSOCIATES, INC.**
**1225 King Street, Suite 400**
**P. O. Box 368**
**Wilmington, DE 19899-0368**

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure