IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DEBBIE NELSON, Guardian ad Litem for KN | ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. No. 08-369 - GMS |
| DANIEL WILSON, STATE OF DELAWARE DEPARTMENT OF SERVICES FOR CHILDREN YOUTH AND THEIR FAMILIES, DIVISON OF YOUTH REHABILITATIVE SERVICES | ) ) ) ) ) ) | JURY TRIAL DEMANDED |
| Defendants. | ) | |

**DEFENDANT STATE OF DELAWARE DEPARTMENT OF SERVICES FOR CHILDREN YOUTH AND THEIR FAMILIES, DIVISON OF YOUTH REHABILITATIVE SERVICES' ANSWER TO THE COMPLAINT**

Defendant State of Delaware Department of Services for Children Youth and Their Families, Division of Youth Rehabilitative Services ("Answering Defendant" or "YRS") answers the Complaint of Debbie Nelson, Guardian ad Litem for KN ("Plaintiff") as follows:

The first paragraph (unnumbered) is a legal contention for which no response is required.

1. Answering Defendant is without sufficient information to form a belief as to the truth of this paragraph.

2. Answering Defendant is without sufficient information to form a belief as to the truth of this paragraph.

3. It is admitted that Daniel Wilson is employed by the State of Delaware.

4. It is admitted that Daniel Wilson is employed by the State of Delaware with Answering Defendant. The balance of the paragraph is denied.

5. It is admitted only that Daniel Wilson was employed by the State of Delaware with Answering Defendant on July 7, 2007. Answering Defendant is without sufficient information to form a belief as to the truth of the remainder of the paragraph.

6. Admitted.

7. Answering Defendant is without sufficient information to form a belief as to the truth of this paragraph.

8. Answering Defendant is without sufficient information to form a belief as to the truth of this paragraph.

9. Answering Defendant is without sufficient information to form a belief as to the truth of this paragraph.

10-16. Not directed to Answering Defendant.

17. This is an incorporation paragraph for which no response is required.

18. It is admitted that Daniel Wilson was employed by the State of Delaware with Answering Defendant on July 7, 2007. The balance of the paragraph is denied.

19. Denied.

20. Denied.

21. Denied.

22. This is a legal contention for which no response is required.

23. This is an incorporation paragraph for which no response is required.

24. It is admitted that Daniel Wilson was employed by the State of Delaware with Answering Defendant on July 7, 2007. The balance of the paragraph is denied.

25. This is a legal contention for which no response is required.

26. Denied.

27. This is a legal contention for which no response is required.

28-39. Not directed to Answering Defendant.

## DEFENSES

40. Plaintiff has failed to state a claim upon which relief can be granted.

41. The Court lacks subject matter jurisdiction under the Eleventh Amendment of the U.S. Constitution.

42. The Court lacks original jurisdiction under Article III, § 2 of the U.S. Constitution.

43. Plaintiff has failed to exhaust administrative remedies.

44. As to any claims under state law, Answering Defendant is entitled to immunity under the State Tort Claims Act, 10 *Del. C.* § 4001 *et seq.*

45. As to any claims under state law, Answering Defendant is entitled to sovereign immunity.

46. Service of process was improper and insufficient.

47. The Court lacks personal jurisdiction over Answering Defendant.

48. The cause of action is barred by the statute of limitations.

WHEREFORE, the Answering Defendant respectfully requests that judgment be entered in its favor and against Plaintiff as to all claims and that attorney fees be awarded to Answering Defendant.

**DEPARTMENT OF JUSTICE**
**STATE OF DELAWARE**

*/s/ Stacey X. Stewart*
Stacey X. Stewart ID.: 4667
Deputy Attorney General
Department of Justice
820 N. French Street, 6th Floor

- 4 -

                                                        Wilmington, De 19801
                                                       (302) 577-8400
                                                       *Attorney for Defendant YRS*

Dated: July 22, 2008

- 4 -