**JOSEPH R. BIDEN, III**
Attorney General



**DEPARTMENT OF JUSTICE**

| NEW CASTLE COUNTY | KENT COUNTY | SUSSEX COUNTY |
|---|---|---|
| Carvel State Building | 102 West Water Street | 114 E. Market Street |
| 820 N. French Street | Dover, DE 19904 | Georgetown, DE 19947 |
| Wilmington, DE 19801 | Criminal Division (302) 739-4211 | (302) 856-5353 |
| Criminal Division | Fax: (302) 739-6727 | Fax: (302) 856-5369 |
| (302) 577-8500 | Civil Division (302) 739-7641 | TTY: (302) 856-2500 |
| Fax: (302) 577-2496 | Fax: (302) 739-7652 | |
| Civil Division (302) 577-8400 | TTY: (302) 739-1545 | |
| Fax: (302) 577-6630 | | |
| TTY: (302) 577-5783 | | |

**PLEASE REPLY TO:** New Castle County-Civil Division

July 22, 2008

The Clerk of the Court
U.S. District Court
District of Delaware
844 King Street
Wilmington, Delaware 19801

      Re:   *Nelson v. Wilson*, *et al.* 08-369 – GMS

Dear Clerk of the Court:

      The State Department of Justice ("DOJ"), through the undersigned Deputy Attorney General, represents the Delaware Department of Services for Children Youth and their Families, Division of Youth Rehabilitative Services ("YRS"), a state agency named as a defendant in the above-referenced litigation.

      Daniel Wilson, in both his individual capacity and as an employee of YRS, is also a named defendant in the action. The DOJ has determined that there is a conflict of interest in representing Daniel Wilson in this matter. Thus, undersigned counsel has requested, pursuant to Rule 68(f) of the Delaware Supreme Court, that the President Judge of the Delaware Superior Court appoint an attorney to represent Mr. Wilson. (Exhibit "A").

      It is respectfully requested that this Court provide Daniel Wilson with leave to Answer the Complaint until such time as the President Judge appoints conflict counsel.

      I remain available at the Court's convenience should anything further be required.

                             Respectfully submitted,

/s/ *Stacey X. Stewart*

Deputy Attorney General

Enclosure
cc: Daniel Wilson (first class mail)
    Leo J. Boyle, Esq. (e-file)

Case 1:08-cv-00369-GMS    Document 9    Filed 07/22/2008    Page 2 of 2



JOSEPH R. BIDEN, III
ATTORNEY GENERAL

DEPARTMENT OF JUSTICE
NEW CASTLE COUNTY
820 NORTH FRENCH STREET
WILMINGTON, DELAWARE 19801

CIVIL DIVISION (302) 577-8400
FAX (302) 577-6630
CRIMINAL DIVISION (302) 577-8500
FAX (302) 577-2496
FRAUD DIVISION (302) 577-8600
FAX (302) 577-6499
TTY (302) 577-5783

July 21, 2008

The Honorable James T. Vaughn, Jr.
President Judge, Superior Court for the State of Delaware
Kent County Courthouse
38 The Green
Dover, DE 19901

    **Re:** *Nelson v. Wilson*, **08-369 – GMS**
        **Request for Appointment of Counsel pursuant to Delaware Supreme Court Rule 68(f)**

Dear President Judge Vaughn:

    The State Department of Justice ("DOJ"), through the undersigned Deputy Attorney General, respectfully requests the appointment of counsel to represent Daniel Wilson in the above-captioned case, a civil action in the United States District Court for the District of Delaware. (Complaint enclosed).

    The DOJ represents the Delaware Department of Services for Children Youth and their Families, Division of Youth Rehabilitative Services ("YRS"), a defendant in the litigation. Daniel Wilson is also a named defendant in both his individual capacity, and in his capacity as an employee of YRS.

    The DOJ, through undersigned counsel, certifies to this Court that a conflict of interest exists in representing Daniel Wilson in the above-referenced action. Thus, the DOJ requests, pursuant to Rule 68(f) of the Delaware Supreme Court Rules, that Your Honor appoint an attorney from the private bar to represent Mr. Wilson.

    I remain available at the Court's convenience should anything further be required, or if the Court should require a formal motion/petition to be filed for the appointment of conflict counsel.

                                        Respectfully Submitted,

                                        */s/ Stacey X. Stewart*

                                        Stacey X. Stewart
                                        Deputy Attorney General

cc:    Daniel Wilson (first class mail)
        Leo J. Boyle, Esquire (first class mail)